UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br>JOEL E. LOZADA-HAROS,<br><br>        Defendants. | Case No.13cr2791 AJB<br><br>ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE<br><br>(Doc. No. 17) |

    Upon the motion of the UNITED STATES OF AMERICA,

    IT IS HEREBY ORDERED that the Indictment in the above-entitled action be dismissed without prejudice.

    IT IS SO ORDERED.

DATED: September 3, 2013

                                                Hon. Anthony J. Battaglia<br>
                                                U.S. District Judge